**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01229-CV

## IAN ACREY, PETROLIA GROUP, LLC, PETROLIA WEST I, LLC AND QUANAH ACME, LLC, Appellants

## V.

## KILGORE & KILGORE, PLLC, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-03110

## ORDER

The Court has reviewed the clerk's record in this case and has determined that the record does not include the trial court's July 14, 2015 order granting summary judgment, which is the order from which appellant appeals. So that the Court can determine whether it has jurisdiction over this appeal, the Court **ORDERS** Felicia Pitre, Dallas County District Clerk, to file within five (5) days of the date of this order a supplemental clerk's record including the July 14, 2015 order granting summary judgment.

         /s/     CAROLYN WRIGHT
                CHIEF JUSTICE